IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                      No. Mag. S-06-0330 EFB

      vs.

ROBERT JAN SCOTFORD,         <u>ORDER</u>

      Defendant.

      Upon consideration of defendant's Motion for Release and Stay of Jail Sentence Pending Appeal and the government's opposition thereto, it is hereby ORDERED that defendant's Motion for Release Pending Appeal is GRANTED subject to the following terms and conditions:

      1. That pending appeal and execution of the sentence defendant not travel outside the Eastern District of California;[1]

      2. That defendant's passport remain in the custody of his counsel and/or the Office of the Federal Defender for the Eastern District of California;

////

---

[1] The court notes in passing that the defendant temporarily resides in South Lake Tahoe, California. This restriction on travel does not preclude the defendant from traveling into the immediately adjacent city of Stateline, Nevada.

1

     3.  That defendant post a secured bond in the amount of five thousand dollar ($5,000.00) prior to November 30, 2007; and

     4.  The execution of the jail sentence imposed is stayed until the conclusion of the appeal.

SO ORDERED.

Dated:  October 17, 2007

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE