DANIEL J. BRODERICK, #89424
Federal Defender
LEXI NEGIN, DC Bar #446153
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBERT SCOTFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ROBERT SCOTFORD, <br> Defendant. | No.  07-cr-433 (MCE) <br> 06-mj-330 (EFB) <br><br> STIPULATION AND ORDER TO VACATE CONTROL DATE, LIFT STAY OF SENTENCE PENDING APPEAL AND ORDERING DEFENDANT TO SELF-SURRENDER |

The parties have conferred and agree that the Court shall lift the stay of sentence pending appeal and order Mr. Scotford to self- surrender to the custody of the United States Marshals on or before May 1, 2008, at 2:00 p.m. to complete his sentence of seven days.

The parties further agree that the control date of March 7, 2008, be vacated.

Dated:  February 26, 2008

                                                   Respectfully submitted,

                                                   DANIEL J. BRODERICK
                                                   Federal Defender

                                                   /s/ Lexi Negin
                                                 _____
                                                 LEXI NEGIN
                                                 Assistant Federal Defender for Robert Scotford

| | |
|---|---|
| Dated: | MCGREGOR W. SCOTT<br>United States Attorney |
| | |
| | /s/ Matthew Stegman |
| | MATTHEW STEGMAN<br>Assistant U.S. Attorney |

O R D E R

By stipulation of the parties it is hereby:

ORDERED, that the stay of sentence is lifted, and it is further;

ORDERED, that the defendant, Robert Scotford, surrender himself to the custody of the United States Marshals on or before May 1, 2008, at 2:00 p.m. to serve his sentence of seven days, and it is further;

ORDERED, that the control date of March 7, 2008, is hereby vacated.

Dated: February 29, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE