DANIEL J. BRODERICK, Bar No. #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ROBERT JAN SCOTFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG 06-330-EFB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **AMENDED STIPULATION AND ORDER EXONERATING BOND** |
| ROBERT JAN SCOTFORD, | ) | |
| Defendant. | ) | |
| | ) | Judge:  Hon. Edmund F. Brennan |

On September 7, 2007, Mr. Scotford was sentenced to 7 days imprisonment.  On October 18, 2007, the District Court stayed the sentence pending appeal and ordered defendant ROBERT JAN SCOTFORD post secured bond in the amount of $5,000.00. On November 20, 2007, a $5,000.00 appearance bond, secured by cashier's check, was filed.

On February 29, 2008, upon Mr. Scotford's request, the Court ordered the stay lifted and ordered Mr. Scotford to self surrender to complete his sentence.  Mr. Scotford self-surrendered to the United States Marshals on April 28, 2008 and he completed his sentence as of May 5, 2008.

Thus, it is hereby requested that the $5,000.00 secured appearance bond be exonerated in the above-captioned case and that the Clerk of

the Eastern District Court be directed to reconvey the bond back to the Defendant.

DATED: May 8, 2008.                    Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender


                                       /s/ Lexi Negin
                                       LEXI NEGIN
                                       Assistant Federal Defender

                                       McGregor W. Scott
                                       United States Attorney


                                       /s/ Matt Stegman
                                       MATT STEGMAN
                                       Assistant U.S. Attorney


**O R D E R**

IT IS HEREBY ORDERED that the appearance bond in the amount of $5,000.00 is hereby exonerated and reconveyed. The Clerk is directed to serve a copy of this order on the Court's Financial Office.

DATED: May 8, 2008.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE

2